```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| MARTHA PRZYBYCIEN DENISON,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | No.  CV-11-408-JPH<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings, **ECF No. 23**, pursuant to sentence four of 42 U.S.C. § 405(g).

Maureen J. Rosette represents plaintiff. Special Assistant United States Attorney David J. Burdett represents defendant. The parties have consented to proceed before a magistrate judge. ECF No. 9.

After considering the stipulated motion, ECF No. 23, **IT IS ORDERED** that the **motion is GRANTED. The case is REMANDED** pursuant to sentence **four** of 42 U.S.C. § 405(g) for further administrative proceedings.

IT IS FURTHER ORDERED:

1. The parties' stipulated motion for an order of remand pursuant to sentence four, ECF No. 23, is **GRANTED.**

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

2. On remand the ALJ will further develop the record, reassess the medical evidence, reevaluate plaintiff's credibility and obtain supplemental vocational expert evidence. The ALJ will make a de novo determination as to disability, and issue a new decision.

3. The District Court Executive is directed to enter this Order, enter judgment for plaintiff, forward copies to the parties and CLOSE the file.

**IT IS SO ORDERED.**

**DATED** this 13th day of May, 2013.

*s/James P. Hutton*
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2